IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CORINA M. PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| VILLAGES OF BRITTON, LTD., | ) | |
| NICOLE LOY, and BROAD & JAMES | ) | |
| TOWING, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO:

Pursuant to 28 U.S.C. §§ 1331, 1367, and 1446, Defendants Villages of Britton, Ltd., Nicole Loy, and Broad & James Towing (collectively, "Defendants") file this Notice of Removal, removing this matter from the Court of Common Pleas of Franklin County, Ohio to the United States District Court for the Southern District of Ohio, Eastern Division. In support of this Notice, Defendants state as follows:

### Statement of Removal

1. On November 6, 2020, Plaintiff Corina Pierce ("Plaintiff") commenced an action in the Court of Common Pleas of Franklin County, Ohio by filing a Complaint against Defendants styled *Corina M. Pierce v. Villages of Britton, Ltd., Nicole Loy, and Broad & James Towing*, Case No. 20-cv-7238 (the "Complaint").

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Complaint and Summons is attached hereto and incorporated herein as Exhibit A. Other than the filing and service of the Complaint, no other pleadings, process, or orders have been filed or served upon

Defendants.

3. Defendant Villages of Britton, Ltd. was served with a copy of the Complaint on November 17, 2020.

4. Defendant Broad & James Towing was served with a copy of the Complaint on November 16, 2020.

5. Defendant Nicole Loy has not been served with a copy of the Complaint (and by joining this Notice does not waive service of same).

6. No Defendant has filed a responsive pleading in the Court of Common Pleas.

7. This Notice of Removal is filed subject to and with full reservation of rights. No admission of fact, law, or liability is intended by this Notice of Removal. All defenses, motions, and pleas are expressly reserved, and Defendants specifically do not concede that Plaintiff has pleaded any claim upon which relief can be granted.

## Federal Question Jurisdiction and Venue

8. Defendants remove this case pursuant to 28 U.S.C. § 1441 as a suit in which this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1367.

9. Pursuant to 28 U.S.C. § 1441(a), removal of an action originally filed in state court is proper in "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction[.]"

10. The Complaint purports to state causes of action arising under the laws of the United States, specifically the Federal Fair Housing Act, 42 U.S.C. §§ 3601 et seq. (*see, e.g.*, Complaint ¶¶ 44, 52, Counts I and II). The Complaint, therefore, initiated a civil action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1446.

11. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's other claims in the Complaint because "they form part of the same case or controversy" as Plaintiff's federal fair housing claims. The allegations in the Complaint all allegedly arise from Plaintiff's tenant/landlord relationship with Defendant Villages of Britton, Ltd. *See* Complaint ¶¶ 7–42 (alleging, variously, that Plaintiff suffered housing discrimination and retaliation at the hands of Villages of Britton, Ltd. and its employee Nicole Loy, and that Broad & James Towing acted against Plaintiff and her property "at the demand" of Nicole Loy).

12. Removal is properly made to the United States District Court for the Southern District of Ohio, Eastern Division, under 28 U.S.C. § 1441(a), because the Court of Common Pleas of Franklin County, Ohio, where this action is pending, is within the Southern District of Ohio, Eastern Division, and the Complaint alleges conduct occurring within this Division.

## Removal Procedure

13. Removal of the above-captioned matter is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because this Notice of Removal is filed within thirty (30) days of receipt of the Complaint by the removing Defendants.

14. All Defendants in this action consent to its removal as evidenced by the signatures of their counsel below, and therefore this removal complies with the requirements of 28 U.S.C. § 1446(b)(2)(A).

15. Defendants will file written notice of the filing of this Notice of Removal with the Court of Common Pleas of Franklin County, Ohio concurrently with the filing of this Notice of Removal, and will serve the same upon Plaintiff pursuant to 28 U.S.C. § 1446(d). A copy of the notice filed with the state court is attached as Exhibit B.

**WHEREFORE**, by this Notice of Removal, Defendants hereby remove this action from

the Court of Common Pleas of Franklin County, Ohio and request that this action proceed as properly removed to this Court.

                                      Respectfully submitted,

                                      /s/ Oliver D. Frey  
Robert A. Harris (0059549)  
Oliver D. Frey (00984789)  
Vorys, Sater, Seymour and Pease LLP  
52 East Gay Street  
Columbus, Ohio  
(614) 464-6323  
raharris@vorys.com  
odfrey@vorys.com  

*Counsel for Villages of Britton, Ltd. and Nicole Loy*

                                      /s/ Robert P. Mecklenborg  
Robert P. Mecklenborg (#0021203)  
Attorney at Law  
6059 Bridgetown Rd., Suite 102  
Cincinnati, Ohio 45248  
(513) 460-1780  
rpmeck@mecklaw.co  

*Counsel for Broad & James Towing*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 14, 2020, a true and correct copy of the foregoing was electronically filed through the Court's ECF system and will be sent electronically via operation of that system to all counsel.  Additionally, the undersigned certifies that a true and correct copy of the foregoing was served upon Plaintiff via certified mail at the address below, which appears on the Complaint and state court docket.

>Corina M. Pierce
>4294 Brooklands Drive
>Hilliard, Ohio 43026

Because, upon information and belief, Plaintiff may no longer receive mail sent to the address listed on her Complaint, the undersigned also served a true and accurate copy of the foregoing on Plaintiff via email at the following address:

>corinampierce@yahoo.com

>*/s/ Oliver D. Frey*
>Oliver D. Frey