IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CORINA M. PIERCE, | ) |
| Plaintiff, | ) Case No. 2:20-cv-6360 |
| v. | ) Judge Sarah D. Morrison |
| VILLAGES AT BRITTON, LTD. and NICOLE LOY, | ) |
| Defendants. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Corina Pierce and Defendants Villages at Britton, Ltd. and Nicole Loy hereby voluntarily dismiss this entire lawsuit, including all claims and counterclaims, with prejudice. As this disposes of all remaining claims in the case, the Court should close this matter.

Dated: August 18, 2021

Corina Pierce
Proceeding *Pro Se*
5208 Sara Way
Hilliard, Ohio 43026

Respectfully submitted,

*/s/ Robert A. Harris*
Robert A. Harris, Trial Counsel (0059549)
Oliver D. Frey (00984789)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio
(614) 464-6323
raharris@vorys.com
odfrey@vorys.com

*Counsel for Defendants Villages at Britton, Ltd. and Nicole Loy*